## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| PAUL RECKTENWALD, et al., | 3:04-CV-690-ECR (RAM) |
| Plaintiffs, | **MINUTES OF THE COURT** |
| vs. | March 15, 2007 |
| DR. STEVEN MACARTHUR, et al., | |
| Defendants. | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   FRANK JUSTILIANO          REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff has filed a Motion to the Court Seeking an Order of Non-Production of Inmate for Pretrial Conference /Case Settlement, Not to be Transferred (Doc. #53) and a Notice of Motion - Motion to Notify the Court of Delay (Doc. #54). Defendants have responded with a Non-Opposition (Doc. #55).

Plaintiff's Motion (Doc. #53) is **GRANTED** to the extent that it will not be necessary for Plaintiff to transfer institutions to attend a settlement conference. In the event a settlement conference is scheduled the Plaintiff will be able to be transported from Lovelock to the courthouse to attend the settlement conference for the day and then return to Lovelock.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:           /s/
             Deputy Clerk