UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | | |
|---|---|---|
| PAUL RECKTENWALD, et al., | ) | 3:04-CV-0690-ECR-RAM |
| Plaintiffs, | ) | MINUTES OF THE COURT |
| vs. | ) | DATE: SEPTEMBER 12, 2007 |
| DR. STEVEN MACARTHUR, et al., | ) | |
| Defendants. | ) | |

PRESENT:     EDWARD C. REED, JR.                              U. S. DISTRICT JUDGE

Deputy Clerk:  ROSEMARY DAMRON      Reporter:     NONE APPEARING

Counsel for Plaintiff(s)                NONE APPEARING

Counsel for Defendant(s)                NONE APPEARING

<u>MINUTE ORDER IN CHAMBERS</u>

On August 6, 2007, the Magistrate Judge filed a Report and Recommendation (#69) recommending that Defendants' Motion for Summary Judgment (#30) be granted. Plaintiff has filed Objections (#70) claiming that there is a genuine issue of material fact as to whether the subject food was contaminated. The record does not disclose any admissible evidence to support the contention that the food was contaminated. The Objection (#70) is, therefore, **<u>OVERRULED</u>**.

**<u>IT IS HEREBY ORDERED</u>** that the Report and Recommendation (#69) is **<u>APPROVED</u>** and **<u>ADOPTED</u>**.

**<u>IT IS FURTHER ORDERED</u>** that Defendants' Motion for Summary Judgment (#30) is **<u>GRANTED</u>**. The Clerk shall enter judgment accordingly.

The record does not disclose evidence of deliberate indifference to the serious medical needs of Plaintiff.

**<u>IT IS FURTHER ORDERED</u>** that Plaintiff's Motion (#71) urgently requesting copies is **<u>DENIED</u>** as moot. The Court has considered Plaintiff's proposed Exhibits 5A and 5B which he desired to copy. These documents were attached to his Objection (#70) and Plaintiff's Exhibits 5A and 5B were available to opposing counsel via CM-ECF.

                                                              LANCE S. WILSON, CLERK

                                                              By    /s/
                                                                    Deputy Clerk